

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Robert Saenz, Owner of R.S.
Contractors LLC,

\* From the County Court at Law No.2
of Midland County,
Trial Court No. CC22961.

Vs. No. 11-21-00159-CV

\* September 30, 2021

United Rentals (North America), Inc.,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Robert Saenz, Owner of R.S. Contractors LLC.